NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BILLY J. ROGERS,               )
                               )
          Appellant,           )
                               )
v.                             )          Case No. 2D18-2196
                               )
STATE OF FLORIDA,              )
                               )
          Appellee.            )
_____ )

Opinion filed April 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Mark F. Carpanini, Judge.

Billy J. Rogers, pro se.


PER CURIAM.


          Affirmed.


NORTHCUTT, KHOUZAM, and ATKINSON, JJ., Concur.